1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
4  San Diego, CA 92117
   Phone: (619) 540-2189
5
6  Attorney for Plaintiff Raul Uriarte-Limon

7

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

12 | RAUL URIARTE-LIMON,            | Case No.: 5:23-cv-01200-FLA-SK |
13 |         Plaintiff,              | NOTICE OF VOLUNTARY            |
14 |   vs.                           | DISMISSAL PURSUANT TO FED.     |
15 |                                 | RULE CIV. PROC. 41 (a)(1)(A)(i)|
16 | VKLJ LIAN, LLC a California limited |                            |
17 | liability company; and DOES 1-10,   |                            |
18 |         Defendants.             |                                |

19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Raul Uriarte-Limon voluntarily dismisses this action <u>with</u> prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  September 1, 2023                VALENTI LAW APC

                                         By:  */s/ Matt Valenti*
                                              Matt Valenti, Esq.
                                              Attorney for Plaintiff